An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CORA BUSTAMANTE A/K/A DEBBY SEVANT,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65926 |
| CORA BUSTAMANTE A/K/A DEBBY SEVANT,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 65927 |

**FILED**

JUL 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEALS*

These are proper person appeals from orders denying motions for spoliation sanctions. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER these appeals DISMISSED.

_____Pickering_____, J.
Pickering

_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24111

cc: Hon. Michael Villani, District Judge
Cora Bustamante
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk